215 U.S. 588
 30 S.Ct. 405
 54 L.Ed. 339
 HELVETIA-SWISS FIRE INSURANCE COMPANY, Plaintiff in Error,
v.
MAX J. BRANDENSTEIN et al., etc.
 No. 481.
 Supreme Court of the United States
 November 29, 1909
 
 Mr. Frederick B. Campbell for plaintiff in error.
 Messrs. William V. Rowe and Royall Victor for defendants in error.
 
 Per Curiam:
 
 
 
 1
 Writ of Error dismissed for want of jurisdiction. Macfadden v. United States, 213 U. S. 288, 53 L. ed. 801, 29 Sup. Ct. Rep. 490.